UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROC FOULKE, et al.<br><br>       Plaintiffs,<br><br> vs.<br><br>FORD MOTOR COMPANY<br><br>       Defendant. | CASE NO.:<br>2:21−CV−02092−MCE−DMC<br><br>**ORDER RE: MODIFYING SCHEDULING ORDER** |

///

///

///

///

///

**ORDER**

1 | Pursuant to the Parties' Joint Motion to Modify Scheduling Order Pursuant
2 | to Rule 16(b)(4) and good cause appearing, IT IS HEREBY ORDERED:
3 | Discovery cut-off is set for June 16, 2023.  The dates for the disclosure of
4 | expert witnesses, dispositive motions, and the filing of the Joint Notice of Trial
5 | Readiness are set according to the procedures in Initial Pretrial Scheduling
6 | Order, Document #2, Filed 11/12/21.
7 | IT IS SO ORDERED.

Dated: February 6, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER**