1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **EASTERN DISTRICT OF CALIFORNIA**
10

| BROC FOULKE, et al. | CASE NO.: 2:21−CV−02092−MCE−DMC |
|---|---|
| Plaintiffs, | |
| vs. | **ORDER RE: MODIFYING SCHEDULING ORDER** |
| FORD MOTOR COMPANY | |
| Defendant. | |

ORDER

1  Pursuant to the Parties' Joint Motion to Modify Scheduling Order Pursuant
2  to Rule 16(b)(4) and good cause appearing, IT IS HEREBY ORDERED:
3  Fact discovery cut-off is continued to August 18, 2023.  The dates for the
4  disclosure of expert witnesses, dispositive motions, and the filing of the Joint
5  Notice of Trial Readiness are set according to the procedures in Initial Pretrial
6  Scheduling Order, Document #2, Filed 11/12/21.
7  IT IS SO ORDERED.

Dated:  June 29, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

-1-

ORDER