# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROC FOULKE and MICHAEL FOULKE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:21-cv-02092-MCE-DMC<br><br>District Judge: Morrison C. England, Jr.<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs BROC FOULKE and MICHAEL FOULKE ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 November 27, 2023.

Accordingly, pursuant to the agreement of the parties, the Clerk of the Court is hereby directed to enter judgment in favor of Plaintiffs in the amount of $123,410.00 pursuant to the terms of the Rule 68 Offer

IT IS SO ORDERED.

Dated:  February 20, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1

**ORDER**