1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROC FOULKE and MICHAEL FOULKE, | Case No. 2:21-cv-02092-MCE-DMC |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |
| v. | |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | |
| Defendants. | |

On July 1, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from July 1, 2024 to July 31, 2024; and

-1-

3.  The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, and expenses are determined and payment satisfied.

IT IS SO ORDERED.

Dated:  July 2, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE