# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROC FOULKE and MICHAEL FOULKE,<br><br>  Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>  Defendant. | Case No. 2:21-CV-02092-MCE-DMC<br><br>District Judge: Morrison C. England, Jr.<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs BROC FOULKE and MICHAEL FOULKE ("Plaintiffs") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $44,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

///

///

///

///

///

///

1
2
3
4
5     Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $44,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs by September 30, 2024. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

6     IT IS SO ORDERED.

7     Dated: August 5, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE